

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2019

No. 04-19-00121-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Rodolfo **CANALES**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00191-CVK
Honorable Walden Shelton, Judge Presiding

## O R D E R

This is an accelerated appeal. Appellant's brief is due April 2, 2019. Appellant has filed a motion asking this court for an additional thirty days in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file its brief in this court **on or before May 2, 2019.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court